THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 30, 2013

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

CHAPTER: 13
DATE: December 30, 2013
JUDGE: G. Michael Halfenger
CASE NO.: 2013-35556
DEBTOR: Darryl and Sandra Schultz
NATURE OF HEARING: Debtors' motion to continue the automatic stay
APPEARANCES: David Kingstad, appearing for debtors
Darryl and Sandra Schultz, debtors
Jack Zaharopoulos, staff atty for Ch. 13 Trustee
James Danaher, appearing via telephone for Westbury Bank
COURTROOM DEPUTY: Amanda Sippel

The court heard the testimony of Mr. Schultz and the statements of counsel. Based on the record before it, and for reasons more fully set forth on the electronic record, the court found that the debtors established that this case was filed in good faith as required by 11 U.S.C. § 362(c)(3)(B). Accordingly, the debtors' motion to continue the automatic stay is GRANTED, without prejudice to the rights of creditors to seek relief from the automatic stay.

#####